this court and argument would not aid the decisional process.

*AFFIRMED IN PART; DISMISSED IN PART.*

Fed.R.Civ.P. 60(b)(6) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Currence*, No. 3:05–cr–00231–JRS–1 (E.D.Va. Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

UNITED STATES of America,
Plaintiff–Appellee,

v.

Kareem Jamal CURRENCE,
Defendant–Appellant.

No. 13–7766.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Kareem Jamal Currence, Appellant Pro Se. Brian R. Hood, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareem Jamal Currence appeals the district court's order denying his self-styled